UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

WILLIAM H. PAYTON,

      **Plaintiff,**

  v.                                                  Civil Action 2:25-cv-114
                                                         Judge Michael H. Watson
                                                         Magistrate Judge Chelsey M. Vascura

KEN ROE, *et al.*,

      **Defendants.**

## ORDER

This matter is before the Court on Plaintiff's Motion for Discovery, Rule 26(f) Conference, and Settlement Conference (ECF No. 20). Therein, Plaintiff asks that a Rule 26(f) discovery conference and a settlement conference take place so that he may "recover and have documents authenticated" and to "show the Honorable Judge that the Plaintiff is acting in good faith to work with the Defendants to resolve the issues and claims before the Court." (*Id.*)

This case is exempt from the Rule 26(f) requirements under Federal Rules of Civil Procedure 26(a)(1)(B)(iv) and 26(d)(1). Accordingly, the Court will not order the parties to conduct a Rule 26(f) discovery planning conference. If Plaintiff seeks to obtain or authenticate documents, he may serve written requests on Defendant in compliance with Federal Rule of Civil Procedure 34.

Moreover, the Court will not order the parties to mediate unless all parties agree that mediation would be fruitful at this stage. If the parties confer and agree that mediation is appropriate, they may jointly file a request that the Court assign a mediator.

Accordingly, Plaintiff's Motion (ECF No. 20) is **DENIED**.

**IT IS SO ORDERED.**

/s/ *Chelsey M. Vascura*
CHELSEY M. VASCURA
UNITED STATES MAGISTRATE JUDGE

Accordingly, Plaintiff's Motion (ECF No. 20) is **DENIED**.

**IT IS SO ORDERED.**

/s/ *Chelsey M. Vascura*
CHELSEY M. VASCURA
UNITED STATES MAGISTRATE JUDGE