UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

WILLIAM H. PAYTON,

        Plaintiff,

v.                                  Civil Action 2:25-cv-114
                                    Judge Michael H. Watson
KEN ROE, *et al.*,                   Magistrate Judge Chelsey M. Vascura

        Defendants.

## ORDER

This matter is before the Court on Defendants' Motion to Strike Plaintiff's Response to Defendants' Answer (ECF No. 24). By way of background, Defendants filed their Answer to Plaintiff's Amended Complaint on May 23, 2025. (ECF No. 18.) On June 4, 2025, Plaintiff filed a document captioned "Response to Defendants' Answer" in which he objects to several of Defendants' defenses. (ECF No. 22.) As Defendants correctly point out, Federal Rule of Civil Procedure 7(a) lists the pleadings allowed in a federal civil action, and a response to an Answer is not among them. Accordingly, Defendants' Motion to Strike (ECF No. 24) is **GRANTED**. The Court **STRIKES** Plaintiff's Response to Defendants' Answer (ECF No. 22) from the docket.

      IT IS SO ORDERED.

                                                        /s/ *Chelsey M. Vascura*
                                                        CHELSEY M. VASCURA
                                                        UNITED STATES MAGISTRATE JUDGE