**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**William H. Payton,**

**Plaintiff,**

**v.**

**Ken Roe, *et al.*,**

**Defendants.**

**Case No. 2:25-cv-114**

**Judge Michael H. Watson**

**Magistrate Judge Vascura**

## ORDER

William H. Payton ("Plaintiff") died during the pendency of this litigation, and the executor of his estate has failed to respond to various Court Orders. *See* ECF Nos. 51, 53. The executor has also failed to file a notice of substitution.

Therefore, the Magistrate Judge issued a Report and Recommendation ("R&R") recommending that the Court dismiss this case for failure to prosecute. R&R, ECF No. 54. The R&R notified the parties of their right to object to that recommendation and of the consequences of failing to do so. *Id.* at 4. No party objected.

Accordingly, the Court **ADOPTS** the R&R without conducting a *de novo* review and **DISMISSES** this case **WITH PREJUDICE**, pursuant to Federal Rule of Civil Procedure 41(b), for failure to prosecute. The Clerk shall enter judgment and terminate this case.

**IT IS SO ORDERED.**

Michael H. Watson

**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**